## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-31132 |
| | ) | |
| KANISHA COX, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: CASSLING |

### AMENDED NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: chiweb@tvch13.net; nmatranga@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
Kanisha Cox, 7518 S. Ridgeland, Chicago, IL 60649

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached Motion to Modify Chapter 13 Plan, at which time and place you may appear.

JUDGE:   CASSLING
ROOM:    619
DATE:    October 18, 2018
TIME:    10:00 AM

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: September 17, 2018      /s/ Michael R. Colter, II
                                         Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100